**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-01435-DDD-NRN

DOUGLAS WOODS, an individual,

       Plaintiff,

v.

ROCKY VISTA UNIVERSITY,

       Defendant.

---

**JOINT MOTION TO RESTRICT COURT RECORDS**

---

Plaintiff, Douglas Woods, and Defendant Rocky Vista University (collectively referred to as the "Parties"), by and through their respective counsel and pursuant to D.C.COLO.LCivR 7.2, respectfully request that the Court restrict public access to the entire record of this proceeding. In support of this Joint Motion, the parties state as follows:

1.    Pursuant to D.C.COLO.LCiv.R 7.1, the undersigned certifies that they have conferred regarding the relief sought in this Joint Motion and neither party opposes the relief requested herein.

2.    On May 19, 2020, Plaintiff filed a Complaint with Jury Demand [ECF No. 01] in this matter.

3.    On November 17, 2020, the Parties entered into a Confidential Settlement Agreement and General Release ("Agreement") in the above-captioned matter.

4.    On November 20, 2020, the Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 32].

1

5. As part of the consideration described in the Agreement, the Parties agreed to file a joint motion requesting that the Court restrict access to the records in this lawsuit. Additionally, the public has no valid interest in the contents of these records.

6. Pursuant to D.C.COLO.LCivR 7.2, the parties request that entire proceeding related to the above-captioned matter be deemed a Level 1 Restriction, allowing only access by the parties and the Court.

7. The Parties request that all pleadings filed in this matter, ECF Nos. 01-33 as well as any subsequent pleadings filed or orders entered, be deemed a Level 1 Restriction pursuant to D.C.COLO.LCivR 7.2, as contemplated by the parties at the time of reaching agreement to settle this matter.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion and restrict the entirety of this proceeding deeming it a Level 1 Restriction, pursuant to D.C.COLO.LCivR 7.2, and for any other relief as deemed just and proper by the Court.

Respectfully submitted this 25th day of November, 2020.

| KISHINEVSKY & RAYKIN | JACKSON LEWIS P.C. |
|---|---|
| *s/ Igor Raykin* | *s/ Timothy M. Kratz* |
| Igor Raykin | Timothy M. Kratz |
| 2851 South Parker Road, Suite 150 | Jonathan H. Geneus |
| Aurora, Colorado 80014 | 950 17th Street, Suite 2600 |
| Telephone: (720) 767-1846 | Denver, Colorado 80202 |
| igor@coloradolawteam.com | Telephone: (303) 892-0404 |
| | Tim.Kratz@jacksonlewis.com |
| *ATTORNEYS FOR PLAINTIFF,* | Jonathan.Geneus@jacksonlewis.com |
| *DOUGLAS WOODS* | |
| | *ATTORNEYS FOR DEFENDANT,* |
| | *ROCKY VISTA UNIVERSITY* |

## CERTIFICATE OF SERVICE

I certify that on this 25th day of November, 2020, a true and correct copy of the foregoing **JOINT MOTION TO RESTRICT COURT RECORDS** was filed via CM/ECF and served upon the following:

Igor Raykin
Kishinevsky & Raykin
2851 South Parker Road, Suite 150
Aurora, CO 80014
igor@coloradolawteam.com

*ATTORNEYS FOR PLAINTIFF*

                                              *s/ Faith Poindexter*
                                              for Jackson Lewis P.C.